# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2023

## NO. 03-21-00074-CV

**Appellant, Texas Department of Insurance, Division of Workers' Compensation// Cross-Appellants, Accident Fund Insurance Company of America and Texas Cotton Ginners' Trust**

**v.**

**Appellees, Accident Fund Insurance Company of America and Texas Cotton Ginners' Trust// Cross-Appellee, Texas Department of Insurance, Division of Workers' Compensation**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
### AFFIRMED IN PART, REVERSED AND RENDERED IN PART—
### OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on January 14, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment in part and renders judgment in part as follows: Because we hold 28 Texas Administrative Code Section 130.102(d)(1)(D) is facially valid, we reverse that part of the district court's judgment to the contrary that enjoined the Division from applying that rule. Because we hold that the preamble to the Division's Rule 130.102 and the Division's Appeals Panel Decision Manual both contain an invalid rule, we reverse the part of the district court's judgment to the contrary. We otherwise

affirm the district court's judgment.  The parties shall pay their own costs relating to this appeal, both in this Court and in the court below.